DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SCOTT ANDREW SANDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Nos. 2D2023-1450, 2D2024-0835, 2D2024-0836
CONSOLIDATED

_____

November 14, 2025

Appeals from the Circuit Court for Pasco County; Joshua B. Riba, Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.